# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,          :          Case No. 3:12-cr-71

          Plaintiff,          :

   - vs -          :          District Judge Thomas M. Rose
                          Magistrate Judge Michael R. Merz
                :

JAVON WILSON,

                :

          Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

     The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 49), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

     Accordingly, it is hereby ORDERED that Defendant's Amended § 2255 Motion (ECF No. 47) be dismissed with prejudice for failure to state a claim upon which relief can be granted under 28 U.S.C. § 2255.

March 23, 2017                  *s/Thomas M. Rose
                               Thomas M. Rose
                         United States District Judge